**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6361**

---

In Re:  EL SHADDAI MASADA,

Petitioner.

---

On Petition for Writ of Mandamus.
(CA-00-2887-7-17BG)

---

Submitted:  April 25, 2002                Decided:  May 8, 2002

---

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

El Shaddai Masada, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

El Shaddai Masada filed this mandamus petition seeking to compel the district court to expedite its consideration of his 42 U.S.C.A. § 1983 (West Supp. 2001) action. Mandamus is a drastic remedy only to be used in extraordinary circumstances. In re Beard, 811 F.2d 818, 826-27 (4th Cir. 1987). Mandamus relief is available only when the petitioner has a clear and indisputable right to the relief sought and there are no other adequate means for obtaining the requested relief. Allied Chem. Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980); Beard, 811 F.2d at 826. Masada has failed to make the requisite showing for such extraordinary relief. Our review of the district court docket sheet discloses that there has been no undue delay in Masada's § 1983 action.

We grant Masada's motion to proceed in forma pauperis. We deny Masada's motions for sanctions and to consolidate this case with another mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED